Case 2:25-cv-00030   Document 20   Filed on 08/01/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| HOWARD SINGLETON, §§§ Plaintiff, § V. § RICK FREYMANN, *et al.*, §§§ Defendants. § | CIVIL ACTION NO. 2:25-CV-00030 |

## ORDER

Before the Court is Magistrate Judge Libby's Memorandum and Recommendation ("M&R"). (D.E. 17). The M&R recommends that the Court grant the motion to remand. *Id.* at 1. The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam). Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 17).

Remand is warranted for two reasons. First, removal was untimely. (D.E. 17, p. 10). Second, Defendant Koontz was not improperly joined, so the case lacks complete diversity. *Id.* at 14. As such, the Court **ORDERS** that this case be **REMANDED** to the state court, 148th District Court Nueces County Texas. (D.E. 1).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
August 1, 2025